THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR18-259RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JANAE YOUNG, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Janae Young's motion to terminate her remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Janae Young's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 3rd day of August, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Janae Young

ORDER FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*United States v. Janae Young,* CR18-259RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100